IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY R. DALTON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-587-WS-C |
| ROBERT EARL HERRIN, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 19th day of March, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE